# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bonapfel, Paul W. | United States Bankruptcy Court | 4/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Room 1492 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty (See Part VIII) | Mercer University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | West Services, Inc. (Publisher) and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (Authors) (See Part VIII) |
| 2. 2009 | Mercer University School of Law (See Part VIII) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Thomson/West book royalties | $5,420.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed Math Tutoring |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | Oct 30-Nov 2, 2013 | Atlanta, GA | Attend CLE Program & Judges' Conference | Reimbursement of lodging for judges attending meetings |
| 2. | Bankr. Section, State Bar of GA | Dec. 5-6, 2013 | Reynolds Plantation, GA | Participate in State Bar CLE Program | Reimbursement of lodging, complimentary dinner for spouse, registration fee including lunch & dinner waived for attending judges |
| 3. | Mercer University School of Law | January - April 2013 | Macon, GA | Adjunct Faculty | Reimbursement of mileage and expenses for luncheons with guest faculty, other faculty, and staff |
| 4. | American College of Bankruptcy | Mar 15-16, 2013 | Washington, D.C. | Attend induction ceremony and CLE Program | Reimbursement for travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

5. Institute of Continuing Judicial Education of Georgia | June 20-21, 2013 | Lake Lanier Islands, GA | Faculty for CJE Program | Reimbursement for travel, meals, and lodging

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Complimentary regist. for bankr law CLE Seminar (provided to all bankruptcy judges) | Southeastern Bankruptcy Law Institute | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Motorola Solutions, Inc. | A | Dividend | J | T | | | | | |
| 2. Cisco Systems Common | A | Dividend | K | T | | | | | |
| 3. Touchmark Bancshares, Inc. Common | | None | J | W | | | | | |
| 4. First Landmark Bank Common | | None | K | W | | | | | |
| 5. Wells Fargo Bank - Bank - Accounts | A | Interest | K | T | | | | | |
| 6. US Savings Bonds | | None | L | T | | | | | |
| 7. Assoc. Cred. Union - Accounts and Time Deposits | A | Interest | K | T | | | | | |
| 8. Atlanta Investment Partners | A | Dividend | J | W | | | | | |
| 9. Mass. Mutual Whole Life | B | Dividend | K | T | | | | | |
| 10. IRA Account 2 (Morgan Stanley, Custodian) | A | Interest | K | T | | | | | |
| 11. -Morgan Stanley Bank | | | | | | | | | |
| 12. - Arrow DWA Tactical A Mutual Fund (DWTXF) | | | | | | | | | |
| 13. Chevron Corp Common | C | Dividend | M | T | | | | | |
| 14. Gwinnett Cnty Ga CTFS Ser B Rev (MB 13) | A | Interest | | | Redeemed | 08/01/13 | K | | Public |
| 15. Atl Ga Water & Wastewater Rev Ser A (MB-14) | B | Interest | K | T | | | | | |
| 16. Douglas Cnty Ga Genl Oblig Sales Tax (MB 14) | A | Interest | K | T | | | | | |
| 17. Fulton Co. Ga Dev Auth Rev Fulton Cnty GA (MB-18) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Peachtree City GA Wtr & S (MB 15) | A | Interest | | | Redeemed | 03/01/13 | K | | Public |
| 19. Col. Ga Bldg Aut Leas Rev Cap Impt RefLease RevA (MB15 | A | Interest | K | T | | | | | |
| 20. Newnan Ga Wtr Sew & Lt Ser A (MB 16) | B | Interest | K | T | | | | | |
| 21. Newton Cnty Ga Sch Dist (MB 16) | A | Interest | | | Redeemed | 02/01/13 | K | | Public |
| 22. Metro Atlanta Rapid Trans. Auth. (MB 17) | B | Interest | | | Redeemed | 07/01/13 | J | | Public |
| 23. Metro Atlanta Rapid Trans. Auth. (MB 17) | B | Interest | | | Redeemed | 07/01/13 | J | | Public |
| 24. Monroe Ga (MB 17) | A | Interest | K | T | | | | | |
| 25. Atlanta Water (MB 16) | C | Interest | L | T | | | | | |
| 26. Decatur Ga Genl Oblig (MB 16) | B | Interest | K | T | | | | | |
| 27. GaSt Rd &Tollway Auth Fed Hwy Grant Antic Rev A (MB16 | B | Interest | L | T | | | | | |
| 28. Berrien Cnty Ga Sch Dis OID (MB 17) | A | Interest | K | T | | | | | |
| 29. Cobb County Wtr & Sewer Impt Rev (MB 17) | | None | K | T | Buy | 07/15/13 | K | | Public |
| 30. Ga St GO Ref-C (MB 17) (See VIII) | B | Interest | K | T | | | | | |
| 31. Ga St GO Ref-C (MB 17) (X) (See VIII) | B | Interest | K | T | | | | | |
| 32. Dahlonega Ga Dwntwn RV CTFG (MB 17) | A | Interest | K | T | | | | | |
| 33. Gwinnett Cnty Ga Sch Dist Ref (MB 18) | A | Interest | K | T | | | | | |
| 34. Clayton Cnty & Clayton Cnty Ga Wtr Auth (MB 18) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Georgia St Genl Oblig Ref-I (MB 18) | A | Interest | J | T | | | | | |
| 36. Georgia St (MB 19) | A | Interest | K | T | | | | | |
| 37. Columbia Cnty Ga Genl Oblig Ser-D (MB 19) | A | Interest | K | T | Buy | 02/21/13 | K | | Public |
| 38. Georgia St Genl Oblig Ser-D (MB 17) | A | Interest | K | T | Buy | 03/14/13 | K | | Public |
| 39. Lee County GA Sch Dist - B (MB 18) | A | Interest | K | T | Buy | 04/25/13 | K | | Public |
| 40. Ga St Rd & Tlwy (MB 19) | B | Interest | K | T | | | | | |
| 41. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 19) | D | Interest | M | T | | | | | |
| 42. Gwinnett Cnty Sch Dist Ref (MB 20) | A | Interest | J | T | | | | | |
| 43. Decatur Co Sch Bldg Auth (MB 20) | C | Interest | M | T | | | | | |
| 44. Ga St Rd & Tlwy (MB 21) | C | Interest | | | Redeemed | 10/01/13 | L | | Public |
| 45. Georgia St Genl Oblig Ref Ser-I (MB 21) | A | Interest | K | T | Buy | 02/21/13 | K | | Public |
| 46. Metro Atlanta Rapid Tran Auth Ga Sales Tax Rev Ref (MB 21) | | None | K | T | Buy | 10/02/13 | K | | Public |
| 47. Gwinnett Cnty Ga Wtr & Sew Auth Rev Ser-A (MB 21) | | None | K | T | Buy | 11/19/13 | K | | Public |
| 48. Habersham Cnty Ga Hosp Auth Rev Antic CTFS (MB 21) | D | Interest | M | T | | | | | |
| 49. Georgia St Genl Oblig Ref E-2 (MB 21) | | None | K | T | Buy | 12/03/13 | K | | Public |
| 50. Fayette Cnty Ga Pub Facs Au Rev Ref Crim Justice Ctr PJ (MB 22) | A | Interest | K | T | Buy | 07/15/13 | K | | Public |
| 51. Gwinnett Cnty Ga Dev Auth Rev Arena Prkg (MB22) | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Atlanta & Fulton Cnty Rec Auth (MB22) | C | Interest | M | T | | | | | |
| 53. Morgan Stanley Bank - Accounts | A | Interest | K | T | | | | | |
| 54. GA Rd Reimbursement (MB 19) | B | Interest | K | T | | | | | |
| 55. Clark Cnty Ga Hosp Au Rev (MB 14) | B | Interest | K | T | | | | | |
| 56. Univ Cent Fl COP Ser A Rev (MB 13) | B | Interest | | | Redeemed | 10/01/13 | K | | Public |
| 57. Atl Ga DV Au Stu HSG RV (MB 16) | A | Interest | K | T | | | | | |
| 58. Miami Dade Fl Exwy Auth Ref (MB 18) | A | Interest | | | Redeemed | 04/23/13 | K | | Public |
| 59. Gwinnett Co Wtr & Swr Ga Rev (MB 15) | A | Interest | K | T | | | | | |
| 60. Gulf Co Fl Gas Tax RV (MB 17) | B | Interest | L | T | | | | | |
| 61. Sumter Cnty Ga Sch Dist (MB 17) | B | Interest | K | T | | | | | |
| 62. Mun Elec Auth Ga Proj 1-D-1 (MB 15) (MEAG) | B | Interest | K | T | | | | | |
| 63. Ga St Rd & Tlwy Fd Hwy Grant (MB 14) | B | Interest | K | T | | | | | |
| 64. Metro Atl. Rap. Tran Au (MB 20) | B | Interest | K | T | | | | | |
| 65. Gwinnett County Ga School Dist Ref (MB-23) | B | Interest | K | T | | | | | |
| 66. GA St. Genl OBLIG Ser B (MB 23) | B | Interest | K | T | | | | | |
| 67. Cobb Co. Ga Wtr & Sew Rev (MB 23) | A | Interest | J | T | | | | | |
| 68. Cherokee Cnty Ga Wtr Sew Auth Rfgd Impt OID (MB 23) | | None | K | T | Buy | 11/19/13 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Forsyth Co. Ga Genl OBLIG-A (MB 23) | B | Interest | L | T | | | | | |
| 70. Ga St Gen Oblig Ser E (MB-13) | B | Interest | | | Redeemed | 12/02/13 | K | | Public |
| 71. Ga St Genl OBLIG- Ser B (MB 25) | B | Interest | L | T | | | | | |
| 72. Henry Co Ga Sch Dist (MB 16) | B | Interest | K | T | | | | | |
| 73. Chatham Cnty Ga. Sch. Dist Ref (MB-15) | B | Interest | K | T | | | | | |
| 74. Fayette Cnty Ga Pub Facs Auth Rev (MB 18) | A | Interest | K | T | | | | | |
| 75. Peachtree City Ga. Wtr & Sewer Au (MB 20) | B | Interest | K | T | | | | | |
| 76. Main St Nat Ga Proj Ser A (MB 18) | B | Interest | L | T | | | | | |
| 77. Ga St. Rd & Tlwy Fd. Hwy Grant (MB 18) | B | Interest | L | T | | | | | |
| 78. Gwinnett County GA Dev Auth. (MB 20) | B | Interest | K | T | | | | | |
| 79. Polk Co Fl Sch Bd COP A Rv (MB 13) | A | Interest | | | Redeemed | 01/02/13 | K | | Public |
| 80. St Johns Co Fl Sch Bd Cfs Prtn Rev (MB 15) | C | Interest | M | T | | | | | |
| 81. Cobb Cnty Ga Wtr & Sew Rev (MB 18) | B | Interest | L | T | | | | | |
| 82. Gwinnett Cnty Ga Wtr & Sew Auth Rev (MB 18) | A | Interest | K | T | | | | | |
| 83. Ga St Genl Oblig Ref (MB 20) | B | Interest | K | T | | | | | |
| 84. Dwntwn Svnnah Auth Ga Rev Ellis Sq Prk Prj (MB 20) | A | Interest | J | T | | | | | |
| 85. Georgia St Genl Oblig-E (MB 22) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Gwinnett Co Ga Dev Auth Rev Arena Prk Deck Prj (MB 23▮▮▮) | A | Interest | K | T | | | | | |
| 87. Columbus Ga Bldg Auth Lease Rev Ref-A (MB 24▮▮) | A | Interest | K | T | | | | | |
| 88. Georgia St Genl Oblig Ref-C (MB 23) ▮▮▮ | A | Interest | L | T | Buy | 08/07/13 | K | | Public |
| 89. | | | | | Buy | 10/02/13 | K | | Public |
| 90. Fulton County Ga Dev Auth Rev (MB 24) ▮▮▮ | | None | K | T | Buy | 10/03/13 | K | | Public |
| 91. Atlanta Ga Wtr & Wastewtr Rev Ref-B (MB 24) ▮▮▮ | | None | K | T | Buy | 10/02/13 | K | | Public |
| 92. Muscogee Cnty Sch Dist (MB 14) ▮▮▮ | C | Interest | M | T | | | | | |
| 93. Morgan Stanley Bank - Accounts ▮▮ | A | Interest | J | T | | | | | |
| 94. IRA Account 1 (Morgan Stanley, Custodian) (*See VIII) | D | Int./Div. | P1 | T | | | | | |
| 95. -Morgan Stanley Bank (IRA Acct) (Cash Equivalent) (See VIII) | | | | | | | | | |
| 96. -Morgan Stanley Private Bank (IRA Acct) (Cash Equivalent) (See VIII) | | | | | | | | | |
| 97. –Guggenheim Russell Top 50 ETF (XLG) * | | | | | Sold | 01/16/13 | K | A | Public |
| 98. –Guggenheim S & P 500 Equ Weight (RSP) | | | | | Buy | 01/22/13 | K | | Public |
| 99. | | | | | Sold (part) | 04/08/13 | K | C | Public |
| 100. – IShares Cohen & Steers RL MJR Fd (ICF)* | | | | | Sold | 06/20/13 | K | E | Public |
| 101. – IShares US Consumer Goods ETF (IYK) (See VIII)* | | | | | Sold (part) | 04/03/13 | J | B | Public |
| 102. – IShares US HealthCare Prov ETF (IHF) (See VIII) | | | | | Sold (part) | 04/02/13 | J | A | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy | 04/17/13 | J | | Public |
| 104. | | | | | Sold (part) | 08/08/13 | J | B | Public |
| 105. – IShares US Industrials ETF (IYJ) (See VIII) | | | | | Sold (part) | 08/08/13 | J | B | Public |
| 106. –IShares US Pharmaceuticals ETF (IHE) (See VIII) | | | | | Sold (part) | 04/03/13 | J | B | Public |
| 107. | | | | | Sold (part) | 08/08/13 | J | B | Public |
| 108. – IShares US Real Estate ETF (IYR)* (See VIII) | | | | | Sold | 08/08/13 | K | B | Public |
| 109. – IShares US Consumer Ser ETF (IYC) (See VIII) | | | | | Sold (part) | 04/02/13 | J | B | Public |
| 110. – IShares MSCI Eafe Funds (EFA)* | | | | | Sold | 02/26/13 | L | A | Public |
| 111. – IShares MSCI Emerging Mkts Fd (EEM)* | | | | | Sold | 02/26/13 | K | | Public |
| 112. – IShares S & P Midcap 400 Index (IJH) | | | | | Sold (part) | 08/08/13 | J | A | Public |
| 113. – JP Morgan Alerian MLP Index ETN (AMJ) | | | | | Sold (part) | 02/20/13 | K | D | Public |
| 114. – Powershares QQQ Tr (QQQ)* | | | | | Sold | 02/27/13 | L | C | Public |
| 115. – S & P North American Tech Soft (IGV)* | | | | | Sold | 06/26/13 | K | D | Public |
| 116. – IShares North American Tech Sector (IGM) (See VIII) | | | | | | | | | |
| 117. – IShares NASDAQ Biotech ETF (IBB) | | | | | Buy | 09/20/13 | J | | Public |
| 118. | | | | | Buy | 09/23/13 | K | | Public |
| 119. | | | | | Buy | 10/11/13 | K | | Public |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bonapfel, Paul W. | 4/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. – IShares Russell 2000 Grwth ETF (IWO) | | | | | Buy | 10/03/13 | K | | Public |
| 121. | | | | | Buy | 10/17/13 | K | | Public |
| 122. – IShares SP Smallcap 600 Index (IJR) | | | | | Buy | 06/20/13 | K | | Public |
| 123. | | | | | Buy | 09/18/13 | K | | Public |
| 124. – IShares US Healthcare ETF (IYH) | | | | | Buy | 04/25/13 | J | | Public |
| 125. | | | | | Buy | 11/04/13 | K | | Public |
| 126. – IShares US Aerospace & Def ETF (ITA) | | | | | Buy | 09/30/13 | K | | Public |
| 127. | | | | | Buy | 10/17/13 | K | | Public |
| 128. – IShares US Fin Services ETF (IYG) | | | | | Buy | 06/20/13 | K | | Public |
| 129. | | | | | Buy | 11/04/13 | K | | Public |
| 130. – IShares DJ US Home Construct (ITB)* | | | | | Buy | 06/11/13 | K | | Public |
| 131. | | | | | Sold | 08/15/13 | K | | Public |
| 132. Wells Fargo Bank - Bank - Accounts 2 | A | Interest | J | T | | | | | |
| 133. Morgan Stanley Bank-(Accounts 2) | A | Interest | L | T | | | | | |
| 134. Nuveen Select Qual Mun Fd Inc. (NQS) | C | Dividend | | | Sold | 09/17/13 | L | | Public |
| 135. American Funds Fundamental Inv A (ANCFX) | D | Dividend | M | T | Sold (part) | 01/16/13 | K | E | Public |
| 136. American Funds Wash. Mutual A (AWSHX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Western Asset Corp. Bd A (SIGAX) | D | Dividend | M | T | | | | | |
| 138. T Rowe Price Equity Income Mutual Fund | C | Dividend | M | T | | | | | |
| 139. T Rowe Price Growth & Income Mutual Fund | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

1. Mercer University School of Law; Teacher for course in bankruptcy law, beginning January 2013, ending May 2013. Also adjunct faculty for 2010, 2011, 2012, and 2014.

II. Agreements

1. Agreement between West Services, Inc. (Publisher), and Filer, Adam M. Goodman, and W. Homer Drake, Jr. (collectively, Authors), for Authors to prepare book on chapter 13 bankruptcy law for publication by publisher (Title: Chapter 13 Practice and Procedure.) Royalties to be divided between Filer and Goodman. Various parties signed the agreement 1/8/08, 1/9/08, 1/10/08, and 2/19/08.

2. Mercer University School of Law. Agreements to teach course on Consumer Bankruptcy Practice as adjunct faculty for Spring Semester (Jan. - May) 2010 and 2011, 2012, and 2013. No compensation; expenses to be reimbursed.

VII. Investments and Trusts

General Note: In the parentheses following some assets, "MB" indicates that the asset is a municipal bond and the two digit number refers to its maturity date. For some assets, a parenthetical also contains a reference to last four digits of CUSIP number.

Line 94 - * at end of asset descriptions in this account indicates asset was not owned at end of reporting period. Inserted for convenience of filer in preparing report.

Lines 95 and 96 - Morgan Stanley Bank and Morgan Stanley Private Bank - IRA Account - IRA Custodian utilizes these accounts at its discretion to hold cash reserves in IRA account, to receive interest, dividends, or proceeds from sales of assets, to pay required fees, and to purchase investments. Account occasionally has zero balance.

Lines 30 and 31– Line 38 of Filer's 2013 report listed bonds, Ga St GO Ref-C (MB 17), with a value code of K and an income code for interest of C. Brokerage account records with regard to this asset divide the bonds included in this entry into two separate assets. Filer is advised that the reason for showing two assets is that, after acquisition of the bonds in 2007, the bonds were split by the issuer so that the two groups have different financial terms. To conform the filer's report to the reporting format of the brokerage account, filer has divided the asset into the two groups as shown on the brokerage account report. Both bonds were acquired 8/2/07. If the bonds as separately grouped had been purchased separately, the value code for each entry would have been K in public purchases.
Codes in previous reports were based on the bonds collectively.

101 IShares DJ US Consmr Non Cyclcl (IYK) (2012 Report line 105) now known as IShares US Consumer Goods ETF (IYK)

102 IShares DJ US Health Index (IHF) (2012 Report line 106) now known as Ishares US Healthcare Prov ETF (IHF)

105 IShares DJ US Indl Sctr (IYJ)(2012 Report line 108) now known as IShares US Industrials ETF (IYJ)

106 IShares DJ US Pharm Indx (IHE) (2012 Report line 110) now known as IShares US Pharmaceuticals ETF (IHE)

108 Ishares DJ US Rl Est Index (IYR) (2012 Report line 111) now known as Ishares US Real Estate ETF (IYR)

109 Ishares Dow Jns US Cons Cyclcl (IYC) (2012 Report line 113) now known as Ishares US Consumer Ser ETF (IYC)

116 S & P North American Tech Sector (IGM) (2012 Report line 132) now known as Ishares North American Tech Sector (IGM)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Bonapfel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544